AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Xavier Joseph Stafford | ) | Case No. 4:25mj 31 |
| Defendant(s) | ) | |

**FILED** APR 29 2025 CLERK, U.S. DISTRICT COURT NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 19, 2025** in the city of **Williamsburg** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Interstate Communications |
| 18 U.S.C. Section 1466A(a)(2) | Distribution of Obscene Visual Representations of the Sexual Abuse of Children |
| 18 U.S.C. Section 1466A(b)(2) | Possession of Obscene Visual Representations of the Sexual Abuse of Children |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

Reviewed by:

Therese N. O'Brien
Assistant United States Attorney

Sworn to before me and signed in my presence.

Date: 4/29/25

City and state: Norfolk, Virginia

Complainant's signature

Michael Velazquez, Special Agent, FBI
Printed name and title

Judge's signature

Douglas E. Miller, United States Magistrate Judge
Printed name and title