# UNITED STATES DISTRICT COURT

## EASTERN District of VIRGINIA

FILED
IN OPEN COURT

APR 3 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT TO BAIL |
| | REFORM ACT |
| V. | Case No. 4:25mj31 |
| Xavier Joseph Stafford | |
| *Defendant* | |

Upon motion of the _____ United States

detention hearing is set for ___5/5/25___ * at ___2pm___
    *Date*                              *Time*

before _____ United States Magistrate Judge _____
                        *Name of Judicial Officer*

___Newport News___ Norfolk, Virginia _____
                *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) 

_____

*Other Custodial Official*

Date: ___4/30/25___          _____
                                            *Judge*

    If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.